UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TERRENCE N. TOWNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-00431-SDN |
| | ) | |
| MAINE STATE PRISON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION

On July 9, 2026, the Magistrate Judge recommended dismissing Plaintiff Terrence Townes' petition for habeas relief after preliminary review of the entire record, including the State's request for dismissal. ECF No. 7. The Magistrate Judge also recommended denying a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases, finding that Mr. Townes had made no substantial showing of the denial of his constitutional rights within the meaning of 28 U.S.C. § 2253(c)(2). *Id.* at 13. Finally, the Magistrate Judge notified the parties that failure to object to his Recommended Decision would waive their right to de novo review and appeal. The time within which to file objections expired on July 23, 2026, and no objections have been filed, either before or after the prescribed deadline.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his well-reasoned Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision in its entirety. ECF No. 7. Plaintiff's petition for habeas relief, ECF No. 1, is **DISMISSED**.

1

**SO ORDERED.**

Dated this 5th day of August, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**